1  Felicia Yu (SBN 193316)
   Email:   fyu@reedsmith.com
2  Raffi Kassabian (SBN 260358)
   Email:   rkassabian@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA  90071-1514
   Telephone:  +1 213 457 8000
5  Facsimile:  +1 213 457 8080

6  Attorneys for Defendant
   Synchrony Bank

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY ZACHOCKI, | No.: 5:15-cv-04600-NC |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX, INC.; CAPITAL ONE, NATIONAL ASSOCIATION; SYNCHRONY BANK and DOES 1 through 100 INCLUSIVE; | |
| Defendants. | |

Plaintiff Melody Zachocki ("Plaintiff"), by counsel, and Defendant Synchrony Bank ("Synchrony"), by counsel, hereby informs this Court that Plaintiff and Synchrony have reached a settlement as to all matters raised by Plaintiff against Synchrony only in this action. Plaintiff will file a stipulation of dismissal, dismissing his claims against Synchrony with prejudice once the settlement is consummated.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: November 13, 2015

REED SMITH LLP

By  */s/ Raffi Kassabian*

Attorneys for Defendant
Synchrony Bank

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in this filing of this document has been obtained from each of the Signatories*

DATED: November 13, 2015

SAGARIA LAW, P.C.

By  */s/ Elliot Gale*
Elliot Gale
Attorneys for Plaintiff
Melody Zachocki