THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN APC
410 BROADWAY, STE 200
LAGUNA BEACH, CA 92651
Tel: (949)376-3500
Fax: (949)376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY ZACHOCKI,<br><br>           Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INC.; CAPITAL ONE, NATIONAL ASSOCIATION; SYNCHRONY BANK and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.: 5:15-cv-04600-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY** |

   Plaintiff Melody Zachocki, by counsel, and Defendant Equifax Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that Plaintiff's cause against Equifax Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

/ / /
/ / /

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

| | | |
|---|---|---|
| 1 | Date: February 17, 2016. | /s/ *Elliott W. Gale (w/consent)* |
| 2 | | Scott J. Sagaria, Esq. (217981) |
| | | Elliott W. Gale, Esq.  (263326) |
| 3 | | Joseph B. Angelo, Esq.  (268542) |
| 4 | | 2033 Gateway Place, 5th Floor |
| | | San Jose, CA  95110 |
| 5 | | Telephone:  (408) 279-2288 |
| 6 | | Fax:  (408) 279-2299 |
| | | *Counsel for Plaintiff Melody Zachocki* |
| 7 | | |
| 8 | Date: February 17, 2016. | /s/ *Thomas P. Quinn, Jr.* |
| 9 | | Thomas P. Quinn (132268) |
| | | Nokes & Quinn |
| 10 | | 410 Broadway, Suite 200 |
| 11 | | Laguna Beach, CA 92651 |
| | | Tel: (949) 376-3500 |
| 12 | | Fax:  (949) 376-3070 |
| 13 | | Email:  tquinn@nokesquinn.com |
| 14 | | *Counsel for Defendant Equifax Inc.* |

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax Inc. is
2  dismissed with prejudice.  Plaintiff Melody Zachocki and Defendant Equifax Inc.
3  shall each bear their own costs and attorneys' fees.

Date: _____, 2016    _____
　　　　　　　　　　　　　　　Honorable Beth Labson Freeman
　　　　　　　　　　　　　　　United States District Court Judge

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 3 –
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY

# CERTIFICATE OF SERVICE
**Zachocki v. Experian Information Solutions, Inc, et al.**
**Case No.: 5:15-cv-04600-BLF**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On **February 17, 2016**, I served a true copy of:
**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC. ONLY**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

          /s/ Jennifer J. Vogel
          JENNIFER J. VOGEL

Place of Mailing: Laguna Beach, California.

Executed on **February 17, 2016,** at Laguna Beach, California.

## SERVICE LIST

Scott J. Sagaria, Esq.
Elliott W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Tel: (408)279-2288
Fax: (408)279-2299
Email: sjsagaria@sagarialaw.com
Email: egale@sagarialaw.com
Email: jangelo@sagarialaw.com
Email: sjohnson@sagarialaw.com
*Attorneys for Plaintiff,*
*Melody Zachocki*

Alyssa M. Staudinger, Esq.
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA  92612-4408
Tel: (949)851-3939
Fax: (949)553-7539
Email: astaudinger@jonesday.com
*Attorneys for Defendant,*
*Experian Information Solutions, Inc.*

Hunter R. Eley, Esq.
Chelsea L. Diaz, Esq.
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA  90067
Tel: (310)557-9100
Fax: (310)557-9101
*Attorneys for Defendant,*
*Capital One Bank (USA), N.A.*

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055